HARRY M. DRANDELL (CA BAR# 109293)
Law Offices of Harry M. Drandell
1060 Fulton Street, Ste. 803
Fresno, CA 93721
Telephone: (559) 442-1041
Facsimile: (559) 214-0174
hmdrandell@sbcglobal.net

*Attorney for Defendant,*
JACKLYN MLADY-SAENZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JACKLYN MLADY-SAENZ,<br><br>　　　　Defendant. | Case No.: 1:24-CR-00128-JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF HARRY M. DRANDELL AS ATTORNEY OF RECORD AND ORDER** |

　　　On June 17, 2024, Defendant, Jacklyn Mlady-Saenz was indicted on federal charges. CJA Panel Attorney, Harry M. Drandell was appointed as trial counsel to represent Ms. Mlady-Saenz on June 18, 2024, in her criminal case. Ms. Mlady-Saenz was sentenced pursuant to a plea agreement on October 20, 2025. The time for filing a direct appeal was November 3, 2025. No direct appeal was filed. The trial phase of Ms. Mlady-Saenz's criminal case has, therefore, come to an end. Having completed his representation of Ms. Mlady-Saenz, CJA attorney Harry M. Drandell now moves to terminate his appointment under the Criminal Justice Act.

　　　　Should Ms. Mlady-Saenz require further legal assistance, she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

| | |
|---|---|
| Dated: November 20, 2025 | Respectfully submitted, |
| | LAW OFFICES OF HARRY M. DRANDELL |
| | |
| | /s/ Harry M. Drandell |
| | HARRY M. DRANDELL |
| | Attorney for Defendant |
| | JACKLYN MLADY-SAENZ |

## ORDER

Having reviewed the notice and found that attorney Harry M. Drandell has completed the services for which he was appointed, the Court hereby grants attorney Harry M. Drandell's request for leave to withdraw as defense counsel in this matter. Should defendant seek further legal assistance, defendant is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this Order on Defendant, Jacklyn Mlady-Saenz, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Jacklyn Mlady-Saenz
3512 7th Av. Apt 2
Los Angeles CA 90018

IT IS SO ORDERED.

Dated: __**November 24, 2025**__

UNITED STATES DISTRICT JUDGE